IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - DAYTON

| | |
|---|---|
| KARA SCHAUF, | CASE NO. 3:19-CV-00370 |
| Plaintiff, | JUDGE WALTER RICE |
| vs. | **<u>JUDGMENT ENTRY</u>** |
| ESTES EXPRESS LINES, INC. D/B/A ESTES SUREMOVE, ET AL. | |
| Defendants. | |

For good cause shown, Defendant Estes Express Lines is granted leave to file its Sur-Reply in Opposition to Plaintiff's Motion for Remand. The Court acknowledges that Estes Express Lines has submitted its Sur-Reply as an attachment to its Motion for Leave *Instanter* and shall consider the Sur-Reply filed as of the date of this Entry.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

or

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*/s/ Phillip M. Sarnowski*
Christopher E. Cotter (84021)
ccotter@ralaw.com
Bradley A. Wright (47090)
bwright@ralaw.com
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, Ohio 44308
Direct: 330.849.6756
Telephone: 330.376.2700
Facsimile: 330.376.4577

Laura E. Salzman (95304)
lsalzman@ralaw.com
ROETZEL & ANDRESS, LPA
250 East Fifth Street, Suite 310
Cincinnati, Ohio 45202
Telephone: 513.361.0200
Facsimile: 513.361.0335

Phillip M. Sarnowski (96788)
psarnowski@ralaw.com
ROETZEL & ANDRESS, LPA
41 South High Street Huntington Center, 21st
Floor Columbus, OH 43215
Telephone: 614.463.9770
Facsimile: 614.463.9792

*Attorneys for Defendant
Estes Express Lines*

## PROOF OF SERVICE

     I hereby certify that a true and accurate copy of the foregoing has been served upon the following parties via the Court's electronic filing system this 7th day of January, 2020:

Thomas J. Intili  
Mitchell J. Anderson  
INTILI LAW GROUP, L.P.A.  
2300 Far Hills Avenue  
Dayton, Ohio 45419  
Phone: 937.226.1770  
Fax: 937.281.11562  
tom@igattorneys.com;  
mitch@igattorneys.com  

ATTORNEY FOR PLAINTIFF  
KARA SCHAUF  

                                                      /s/ *Phillip M. Sarnowski*  
                                                    *Attorneys for Defendant*  
                                                    *Estes Express Lines*