IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KARA SCHAUF,

    Plaintiff,

  vs.                  Case No.   3:19cv370

ESTES EXPRESS LINES, INC.
d/b/a ESTES SUREMOVE,       JUDGE WALTER H. RICE

    Defendant.

---

OPINION OVERRULING, AS MOOT, DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF FOURTH CLAIM OF COMPLAINT (DOC. #5), MOTION TO CHANGE VENUE (DOC. #6) AND MOTION TO STAY DISCOVERY AND EXTEND DEADLINES TO RESPOND TO MOTIONS (DOC. #8), BASED ON DECISION AND ENTRY ON PLAINTIFF'S MOTION TO REMAND (DOC. #7) TO BE FILED WITHIN SEVEN TO TEN DAYS FROM DATE

---

Based upon reasoning and citations of authority, to be set forth in an Opinion resolving Plaintiff's Motion to Remand (Doc. #7), said opinion to be filed within seven to ten days of date, the following motions of the Defendant are OVERRULED as moot: Motion for Partial Dismissal of Fourth Claim of Complaint (Doc. #5), Motion to Change Venue (Doc. #6) and Motion to Stay Discovery and Extend Deadlines to Respond to Motions (Doc. #8).

_____

October 30, 2020                      WALTER H. RICE
                                       UNITED STATES DISTRICT JUDGE

2

Copies to:

Counsel of record