IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KARA SCHAUF,

        Plaintiff,

    vs.                              Case No.   3:19cv370

ESTES EXPRESS LINES, INC.
d/b/a ESTES SUREMOVE,             JUDGE WALTER H. RICE

        Defendant.

---

OPINION SUSTAINING PLAINTIFF'S MOTION TO REMAND (DOC. #7), BASED UPON AN EXPANDED OPINION TO BE FILED WITHIN SEVEN TO TEN DAYS FROM DATE; THIS OPINION IS NOT A FINAL JUDGMENT ENTRY

---

Based upon an expanded opinion, to be filed within seven to ten days from date, Plaintiff's Motion to Remand (Doc, #7) is SUSTAINED.

This opinion is not a final judgment entry.

October 30, 2020

                                       WALTER H. RICE
                                       UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record